IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THERESA MARSHALL                                                                PLAINTIFF

v.                               No. 4:21-cv-735-DPM

WELLS FARGO & COMPANY;
WELLS FARGO BANK NA;
DEUTSCHE BANK NATIONAL
TRUST COMPANY, as Trustee for
Vendee Mortgage Trust; DEUTSCHE
BANK NATIONAL TRUST COMPANY
AS TRUSTEE FOR VENDEE MORTGAGE
TRUST 1993-1, United States Department of
Veteran's Administration's Guaranteed Pass-
Through Certificate                                                             DEFENDANTS

JUDGMENT

Marshall's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 October 2021